IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **ROGER J. SPENCE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | No. 3:12-0963 |
| V. | ) | Jury Demand |
| | ) | |
| **O'CHARLEY'S LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER OF DISMISSAL

Plaintiff having given notice of his intention to voluntarily dismiss this case without prejudice pursuant to Fed. R. Civ. P. 41(a)(1), this case is dismissed without prejudice.

Entered November 1, 2012.

_____
Honorable Aleta A. Trauger
United States District Judge

Approved for Entry:

/s/ Stephen W. Grace_____
Stephen W. Grace, TN No. 14867
1019 16th Avenue South
Nashville, Tennessee 37212
(615) 255-5225
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served by mail to CT Corporation System, registered agent for defendant, 800 South Gay Street, Suite 2021, Knoxville, Tennessee 37929-9710 and to Luther Wright, Jr., Esq., counsel for defendant, Ogletree Deakins Nash Smoak & Stewart, 401 Commerce Street, Suite 1200, Nashville, Tennessee 37219, this 31st day of October, 2012.

/s/ Stephen W. Grace_____